UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                      CASE NO. 6:08-bk-01695-KSJ

JACK ABERMAN,           CHAPTER 11

        Debtor.
_____/

## AMENDED ORDER GRANTING JACK ABERMAN'S MOTION FOR JOINT ADMINISTRATION

**THIS CASE** came on for consideration upon the motion of JACK ABERMAN ("Aberman") for joint administration, filed March 28, 2008 ("Motion") (Doc. No. 66). In the Motion, Aberman seeks joint administration of his case with the Chapter 11 case of its affiliate: GEA Seaside Investment Inc, Case No. 6:08-bk-01693-KSJ (collectively, GEA Seaside and the above-referenced case of Jack Aberman are hereinafter referred to as the "Debtors"). Notice of the Motion was provided by United States mail to all creditors and parties-in-interest, as shown on the matrices attached to the original Motion filed with the Court, and the United States Trustee.

Upon consideration of the Motion, it is hereby

**ORDERED:**

1. The Motion is granted to the extent provided herein.

2. The Chapter 11 cases of the Debtors shall be jointly administered, under the jointly administered Case No. 6:08-bk-01693-KSJ, styled "In re: GEA Seaside Investment Inc, *et al.*" (the "Lead Case"). See **Exhibit A** attached hereto for example of case caption.

3. Any party filing a pleading or paper (other than a proof of claim) shall caption the pleading or paper in the same manner as provided in paragraph 2 of this order. However, the clerk shall docket each such pleading or paper only in the Lead Case. When so filed and docketed, the pleading or paper so far as material and applicable will be deemed filed in the other bankruptcy case as though filed and docketed therein. Accordingly, no pleading or paper after this order is filed and docketed in any of these cases shall be filed and docketed in the other related case.

4. A pleading filed, which relates only to a specific debtor, shall refer to that debtor in the heading and shall be served on its creditors as required under applicable rules.

5. These cases are consolidated for purposes of procedural administration and shall remain separate and distinct for all substantive purposes. The Debtors-in-possession shall not, except as allowed by prior Court order, commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that there are grounds to order substantive consolidation of the cases. The Debtors shall file one monthly financial report for the case, but shall provide, as an exhibit to the monthly financial report, a monthly financial report for the other operating case styled *In re: Jack Aberman*. The cover sheet for the monthly financial report shall be captioned in the same manner as provided in paragraph 2 of this order.

6. The clerk will maintain separate claims registers for each case. Any party filing a proof of claim shall indicate on the proof of claim the case number and the name of the case in which the debt is owed. The clerk shall also maintain separate claims filed for each case.

7. The administration of all other matters, including but not limited to, the filing of a joint plan of reorganization shall be handled jointly with notices served accordingly.

8. This order to jointly administer these cases is subject to further consideration upon the Motion of any creditor or party-in-interest.

**DONE and ORDERED** on April 21, 2008.

_____
**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor: GEA Seaside Investment Inc and Jack Aberman, PO Box 265302, Daytona Beach, FL 32126;

Debtor's Counsel: Elizabeth A. Green, Esq., Latham, Shuker, Eden & Beaudine, LLP, PO Box 3353, Orlando, FL 32802-3353;

All Creditors and Parties-in-Interest List

United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO. 6:08-bk-01693-KSJ** |
| **GEA SEASIDE INVESTMENT INC**, *et al.*, | **CHAPTER 11** |
| Debtors. _____/ | **Jointly-administered with Case 6:08-bk-1695-KSJ** |